**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Artemus USA LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **April  1, 2022** | X _____ |
| | | Signature of individual signing on behalf of debtor |
| | | **Richard L. Renck, Esquire** |
| | | Printed name |
| | | **Court Appointed Liquidating Trustee of Artemus USA LLC** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Artemus USA LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................................................  $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................................................  $ _____ 5,682,090.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................................................  $ _____ 5,682,090.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................  $ _____ 244,359.63

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ _____ 1,794,924.74

4. **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

$    2,039,284.37

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Artemus USA LLC**__

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citi** | **Checking** | **9961** | **$236,608.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $236,608.00 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:  **3,760,482.00**  -  **0.00**  = ....  **$3,760,482.00**
    face amount                    doubtful or uncollectible accounts

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Artemus USA LLC**                                   Case number *(If known)* _____
Name

12.    **Total of Part 3.**                                                                    | $3,760,482.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

**Current value of
debtor's interest**

| Debtor | **Artemus USA LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Artemus USA, LLC v. Leila Taghinia-Milani Inc. et al**                                    $650,000.00

   | **Nature of claim** | **Breach of Contract** |
   |---|---|
   | **Amount requested** | **$1,000,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **2 works of art by Frank Stella**                                                          $1,000,000.00

   **1 work of art by Jules Olitski**                                                          $35,000.00

78. **Total of Part 11.**                                                                      $1,685,000.00
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **Artemus USA LLC**
    Name

Case number *(If known)*

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $236,608.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,760,482.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,685,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,682,090.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,682,090.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify the case:**

Debtor name  __**Artemus USA LLC**__

United States Bankruptcy Court for the:  __DISTRICT OF DELAWARE__

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Artemus USA LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Duane Morris LLP**<br>**1201 N. Market Street**<br>**Suite 501**<br>**Wilmington, DE 19801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85,173.02 | $85,173.02 |
| Date or dates debt was incurred<br>**March, 2022** | Basis for the claim:<br>**Liquidation Trustee** | | |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**The U.S. Small Business Administration**<br>**409 Third St., SW**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $159,186.61 | $159,186.61 |
| Date or dates debt was incurred<br>**July 25, 2020** | Basis for the claim:<br>**SBA Loan** | | |
| Last 4 digits of account number **8105**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Artemus USA LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00**

**AOI Asset Fund 2017**
**136 E. 73d St., 2d Fl.**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,189.99**

**Berger Harris**
**1105 N. Market St., 11th Floor**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Indemnification**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,433.03**

**Berlandi Nussbaum & Reitzas LLP**
**445 Hamilton Avenue, 14th Floor**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,861.00**

**Business Intelligence Associates, Inc.**
**950 Trade Centre Way, Suite 310**
**Portage, MI 49002**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **e-discovery services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,024.26**

**Franzino & Scher, LLC**
**120 W 45th St., Suite 2801**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292,996.16**

**Freeborn & Peters LLP**
**311 S. Wacker Drive, Suite 3000**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$840,025.00**

**Permanent Mission of the Republic of Uga**
**336 E. 45th St.**
**New York, NY 10017**

Date(s) debt was incurred  **July, 2017 - present**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Alleged Unpaid Rent (Disputed)**

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Artemus USA LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**RSM US LLP**
**151 West 42nd Street**
**19th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tax Preparation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,682.30 |
|---|---|---|---|

**The Eliav Law Firm**
**61-43 186th Street, Suite 590**
**Fresh Meadows, NY 11365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Indemnification__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,713.00 |
|---|---|---|---|

**Yankwitt LLP**
**140 Grand Street, Suite 705**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 244,359.63 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,794,924.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,039,284.37 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify the case:**

Debtor name __**Artemus USA LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Climate-controlled art storage** **Debtor is Lessee** | |
| | State the term remaining | **Indefinite (until art sold)** | **Crozier Fine Arts, Inc.** **525 W. 20th St.** **New York, NY 10011** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Climate Controlled Art Storage** **Debtor is lessee** | |
| | State the term remaining | **Indefinite (until art is sold)** | **Haas & Co AG** **Bernerstrasse N 202, 8064 Zürich, Switze** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Artemus Offices in New York, NY** | |
| | State the term remaining | **Through: June 30, 2022** | **Permanent Mission - Republic of Uganda** **United Nations (lessor)** **336 E. 45th St** **New York, NY 10017** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     __Artemus USA LLC__

United States Bankruptcy Court for the:     __DISTRICT OF DELAWARE__

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Asher Edelman** | **111 E. 70th St.**<br>**New York, NY 10021** | **AOI Asset Fund 2017** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Edelman Arts, Inc.** | **111 E. 70th St.**<br>**New York, NY 10021** | **AOI Asset Fund 2017** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Edelman Arts, Inc.** | **111 E. 70th St.**<br>**New York, NY 10021** | **Permanent Mission of the Republic of Uga** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.4 | **Edelman Arts, Inc.** | **111 E. 70th St.**<br>**New York, NY 10021** | **Permanent Mission - Republic of Uganda** | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Artemus USA LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$307,226.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **See Schedule 3.1** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Artemus USA LLC**                                                        Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Schedule 4.1** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See Schedule 7.1** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **See Schedule 8.1** | | **$0.00** |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    **Artemus USA LLC**                                                Case number *(if known)*

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

    | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
    |---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
    | | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

    | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

    | Address | Dates of occupancy From-To |
    |---|---|

**Part 8:    Health Care Bankruptcies**

Debtor    **Artemus USA LLC** _____    Case number *(if known)* _____

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Schedule 20 | See Schedule 20 | See Schedule 20 | ☐ No<br>■ Yes |

Debtor    **Artemus USA LLC**                                    Case number *(if known)*

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Artemus AG** | **Swiss subsidiary. Dissolved and all assets transferred to Artemus USA accounts.** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Artemus USA LLC**_____    Case number *(if known)*_____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Cedric Autet** | |
| 26a.2.   **RSM US LLP**<br>**151 West 42nd Street**<br>**19th Floor**<br>**New York, NY 10036** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard L. Renck, Esquire** | **1201 N. Market Street**<br>**Suite 501**<br>**Wilmington, DE 19801** | **Court Appointed Liquidating Trustee** | **0** |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Durst Bldgs Corp** | | **Member** | **50%** |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Edelman Fam. Co. LLC** | | **Managing Member** | **50%** |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **See Schedule 28** | | | |

Debtor    **Artemus USA LLC**                                    Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

 ■ No
 ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
 Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

 ☐ No
 ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Edelman Family Co. LLC**<br>**See Schedule 30.1** | **$40,000** | **10/25/2021** | **Court Order** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2. | **Durst Buildings Corporation** | **$40,000** | **10/25/2021** | **Court Order** |
| | **Relationship to debtor**<br>**Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

 ■ No
 ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

 ■ No
 ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Artemus USA LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  1, 2022**

Signature of individual signing on behalf of the debtor

**Richard L. Renck, Esquire**
Printed name

Position or relationship to debtor   **Court Appointed Liquidating Trustee of Artemus USA LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

ARTEMUS USA LLC

Debtor.

Chapter 7

Case No. 22- _____ (____)

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULE OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" and, collectively with the Schedules, the "Schedules and Statements") filed herewith by the above captioned-debtor (the "Debtor") in the above-captioned case were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by Richard L. Renck, Esq. solely in his capacity as the court-appointed liquidating trustee of the Debtor (the "Liquidating Trustee") and have not been subject to audit, review or any similar financial analysis.

While the Liquidating Trustee has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based upon information that was available to him at the time of preparation, there can be no assurance as to their accuracy and completeness, and the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Liquidating Trustee has used his best efforts to present the information set forth in the Schedules and Statements from the Debtor's books and records maintained in the ordinary course of business to the extent available to the Liquidating Trustee in the course of his appointment. The Liquidating Trustee, on behalf of the Debtor, reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

These Global Notes Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.    <u>Description of the Case.</u> The Debtor, Artemus USA LLC, is a limited liability company organized under the laws of Delaware. Its sole members are the Durst Buildings Corporation and Edelman Family Company LLC, each of which are 50% owners. Prior to October 25, 2021, the Edelman Family Company LLC was the Managing Member. On that date, the Court of Chancery for the State of Delaware issued an Order granting a stipulated agreement between the Members placing Artemus USA LLC into dissolution, and appointing Richard L. Renck as Liquidating Trustee. The Liquidating Trustee has general authority and control of the entity for purposes of winding up its business.

2.    "As of" Information Date. Unless otherwise indicated in the Schedules or Statements or herein, the asset and liability information provided is as of the date upon which the

Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code (the "<u>Petition Date</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

3.      <u>Basis of Presentation</u>. Although, as noted above, the Liquidating Trustee has used his best efforts to present accurate information, the amount of the Debtor's actual assets and liabilities could differ from the amounts set forth in the Schedules and Statements. In addition, some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined," or, with respect to certain assets, may be listed at estimated or book value. Given the differences between the information requested in the Schedules and Statements and the presentation of the financial information under generally accepted accounting principles in the United States ("<u>GAAP</u>"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP. Moreover, due to the limited time in which he has exercised control of the Debtor, and the complicated financial and business dealings the company has had, the Liquidating Trustee's ability to respond completely to each of the disclosures required in the Schedules and Statements may, in certain circumstances, be limited.

4.      <u>Summary of Significant Reporting Policies</u>. The following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

(a)      <u>Accounts Receivable</u>. Accounts Receivable generally are presented on a gross basis and, notwithstanding anything set forth in the Schedules and Statements to the contrary, are not net of any allowance for doubtful accounts, which are unknown.

(b)      <u>Causes of Action</u>. Although the Debtor has attempted to list on Questions 74 and 75 of Schedule A/B, all claims of the Debtor, if any, certain claims may have been inadvertently omitted. The Debtor reserves all rights with respect to any such claims or causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(c)      <u>Executory Contracts</u>. The Debtor has not listed executory contracts as assets in its Schedules and Statements; rather, the Debtor's executory contracts have been set forth in Schedule G.

(d)      <u>Schedule E/F - Priority and Unsecured Claims</u>. Although the Debtor may have scheduled claims of various creditors as priority claims, the Debtor reserves all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The claims of individual creditors for, among other things, goods, services, or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor, or any additional amounts that might be owed to such creditor as a result of either unbilled or unprocessed invoices. The dollar amounts listed may also be exclusive of contingent and unliquidated amounts. The Debtor expressly incorporates by reference into Schedule E/F all parties to pending and potential pending litigation with the Debtor, as listed in the Debtor's Statements, as contingent, unliquidated, and disputed claims to the extent not already listed in the schedule.

2

(e)     <u>Schedule G - Executory Contracts/Unexpired Leases</u>. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. Without limitation of the foregoing, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, supplemented or terminated from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed therein. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the Debtor's executory agreements may not have been memorialized in writing and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which the Debtor is a party is not executory. The Debtor has not listed on Schedule E/F landlords and executory contract counterparties which may have claims related to contract/lease rejection or other damages.

5.     <u>Exculpation</u>. The Liquidating Trustee, on behalf of himself and the Debtor, Debtor and their respective agents, attorneys and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Liquidating Trustee, on behalf of himself and the Debtor, Debtor and their respective agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Liquidating Trustee, on behalf of himself and the Debtor, Debtor and their respective agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Liquidating Trustee or the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Liquidating Trustee, or the Debtor or any of their respective agents or its agents, attorneys and advisors are advised of the possibility of such damages.

6.     <u>Global Notes Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

3

**Schedule 3.1 – Certain Transfers Made Before Filing for Bankruptcy**

| Payee | Amount | Date | Purpose |
|---|---|---|---|
| BIA | $5,930.56 | January 27, 2022 | Storage of discovery production |
| Crozier Fine Arts | $422.10 | January 27, 2022 | Art storage |
| Haas & Co. | CHF 690 | January 27, 2022 | Art storage |
| Con Edison | $3,159.69 | January 27, 2022 | Utility bill for the Debtor's office building |
| AmTrust North America | $729 | January 28, 2022 | Worker's Comp premium for the Debtor's USA LLC |
| Franzino & Scher | $20,000 | February 3, 2022 | Payment against arrears for legal services |
| Freeborn & Peters | $50,000 | February 3, 2022 | Payment against arrears for legal services |
| BNR | $40,000 | February 3, 2022 | Payment against arrears for legal services |
| Standard Security Life Insurance Company | $483.67 | February 26, 2022 | Disability insurance premium |
| Con Edison | $3,344.64 | February 26, 2022 | Utility bill for the Debtor's building |
| BIA | $4,924 | March 26, 2022 | Storage of discovery production |
| Crozier Fine Arts | $477.36 | March 26, 2022 | Storage of discovery production |
| Con Edison | $3,141.19 | March 26, 2022 | Utility bill for the Debtor's building |

## **<u>Schedule 4.1 - Transfers Made to Benefit Insiders</u>**

As noted in Section 3.1 *supra*, Durst Personnel has received multiple payments for the bookkeeping services it provides to the Debtor at the rate of $500/month.  The payments that were made in January and February of 2022 reflect arrearage payments as well as payments for those months.  In addition to those payments, corresponding payments were made in 2021.  Because the Liquidating Trustee was only appointed this past October, he cannot identify the exact dates of those payments with certainty.

Additionally, on October 25, 2021, the Order appointing the Liquidating Trustee also directed payments of $40,000 to each of the two Members, Edelman Family Company LLC and Durst Buildings Corporation.

## Schedule 7.1 - Legal Actions

The following legal actions involving the Debtor are pending or have concluded:

1) | Caption: | *Durst Buildings Corporation v. Edelman Family Co. LLC* |
   |---|---|
   | Court: | New York, Supreme (trial), County of New York |
   | Case No.: | 652036/2021 |
   | Description: | Initial suit seeking dissolution of the Debtor, filed in New York state court. Ended with the parties being instructed to litigate the dissolution in Delaware. |

2) | Caption: | *Edelman Family Co. LLC v. Durst Buildings Corp.* |
   |---|---|
   | Court: | Delaware, Court of Chancery (trial) |
   | Case No.: | 2021-0626-JTL |
   | Description: | Delaware action requesting in the dissolution of the Debtor and the Liquidating Trustee's appointment |

3) | Caption: | *Permanent Mission of the Republic of Uganda to the UN v. Artemus USA LLC and Edelman Arts, Inc.* |
   |---|---|
   | Court: | New York, Supreme (trial), County of New York |
   | Case No.: | 655307/2021 |
   | Description: | Lease dispute brought by landlord (a diplomatic entity of the Ugandan government) of the building in which the Debtor's office is located. Defendants have counterclaimed for rent abatement for various unrepaired deficiencies in the building, and for relocation expenses for constructive eviction. |

4) | Caption: | *Artemus USA LLC v. Leila Taghinia-Milani Inc.* |
   |---|---|
   | Court: | New York, Supreme (trial), County of New York |
   | Case No.: | 656115/17 |
   | Description: | Breach of contract by the defendant pursuant to a lease agreement over the art work *Blyvoors*. The Debtor alleges that the work was damaged while the lessee possessed it, and, as a result, the lease agreement requires the lessee to purchase it at consignment price ($1 million), as well as pay prevailing party fees. The Debtor obtained summary judgment, but that was reversed by the Appellate Division on January 11, 2022. |

5)  Caption:      *Artemus USA LLC v. Anatole Shagalov*
    Court:        New York, Supreme (trial), County of New York
    Case No.:     655576/17
    Description:  Breach of contract action against Anatole Shagalov relating to a
                  sale/leaseback art transaction, and claims for fraud relating to alleged false
                  ownership documentation.  The debtor obtained a judgment by default for
                  lease payments and attorney's fees, and which is referred to a referee for a
                  hearing on damages, and already has partial judgments in its favor for
                  hundreds of thousands of dollars.  Shagalov claims to be insolvent.

6)  Caption:      *Artemus USA LLC v. Paul Kasmin Gallery, Inc.*
    Court:        New York, Supreme (trial), County of New York
    Case No.:     156295/2018
    Description:  Negligence action against the Kasmin Gallery relating to defendant's
                  facilitation of the sale/leaseback transaction at issue in the *Shagalov* suit.

7)  Caption:      *Artemus USA LLC v. AOI Asset Fund 2017, LLC*
    Court:        New York, Supreme (trial), New York County
    Case No.:     653543/2018
    Description:  Fraudulent conveyance action relating to the enforcement of  the Debtor's
                  judgments against Shagalov as against AOI Asset Fund 2017, LLC, an
                  entity to which the Debtor alleges Shagalov fraudulently conveyed his
                  assets.  AOI has asserted counterclaims that the Debtor received fraudulent
                  conveyances from Shagalov.

7

## Schedule 8.1 - Assignments and Receivership

While no *assets* of the Debtor have been assigned for the benefit of creditors, nor placed into the hands of a receiver, custodian, or other court-appointed officer in the past year, the *entity itself* has been placed under the control of the Liquidating Trustee in order to wind up its business. *See Edelman Family Co. LLC v. Durst Buildings Corp.*, Case No.: 2021-0626-JTL (Del. Ch. Oct. 25, 2021). A copy of the Order appointing the Liquidating Trustee is annexed to the Debtor's voluntary petition.

**<u>Schedule 20 - Off-Premises Storage</u>**

Of the remaining works of art owned by the Debtor, three are large pieces by Frank Stella -- *La Scienza della Fiacca*, *Blyvoors*, and *Guifa E La Berrett Rossa*.  They are each in appropriate art storage facilities, as is reflected in the transactions for the last three months noted above.  *Fiacca* and *Blyvoors* are in New York, while *Guifa* is in Switzerland.

The remaining work, Jules Olitski's *Ashtoreth Implied-3*, is in the Debtor's office located at 111 East 70th Street, New York, New York 10021.

## Schedule 28 - Officers, Directors, and Controllers

The Liquidating Trustee is the court-appointed agent authorized to manage the Debtor. The Liquidating Trustee has no ownership interest in the Debtor.  Durst Buildings Corporation and Edelman Family Company LLC are each 50% members of the Debtor.  Prior to the Liquidating Trustee's appointment, the Edelman entity was the Debtor's managing member.  Asher Edelman, as a principal of the Edelman entity, exercised those powers of management and control at that time.

## <u>Schedule 30.1 - Payments, Distributions, or Withdrawals</u>

The Order appointing the Liquidating Trustee authorized payments of $40,000 to each of the Members of the Debtor.

Separately, the Debtor is a co-litigant with Asher Edelman and Edelman-affiliated entities in a number of the lawsuits noted in Schedule 7.1.  There are indemnification provisions of various corporate instruments indicating that the value Edelman and his affiliated entities draw from the Debtor's litigation participation may be proper, but the Litigation Trustee has not fully investigated the propriety of those relationships at the present time.

Likewise, the Debtor and an Edelman-affiliated entity jointly rent the premises in which the entity is located, and though the Debtor has been paying the utility bills for it, Asher Edelman appears to be residing there, but is not paying rent.