**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Artemus USA LLC, | ) | Case No. 22-10281 (JKS) |
| | ) | |
| Debtor. | ) | 341 Meeting Date: May 5, 2022 @ **12:00 p.m. (EST)** |

**NOTICE OF TIME CHANGE OF SECTION 341 MEETING OF CREDITORS**

PLEASE TAKE NOTICE that the Section 341 Meeting of Creditors, scheduled for May 5, 2022 at 9:00 a.m. had been rescheduled to **May 5, 2022 at 12:00 p.m. (EST)** The Section 341 Meeting of Creditors will be held **telephonically**.  Parties wishing to participate in the Section 341 meeting should use the following dial in instructions:

Call In Number:  **1-877-921-5228**

Participant Passcode:  **3621788#**

PLEASE FOLLOW the instructions below to ensure a smooth telephonic Section 341 Meeting of Creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.  Each case will be announced at the start of its section 341 meeting).
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.

*/s/Jeoffrey L. Burtch*
JEOFFREY L. BURTCH, ESQ.
Chapter 7 Trustee
P. O. Box 549
Wilmington, DE 19899
(302) 472-7427
jburtch@burtchtrustee.com

DATED:  April 26, 2022