# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 4/27/2022 |
| Case: 22−10281−JKS | Form ID: pdf341 | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr  | Jeoffrey L. Burtch | jburtch@burtchtrustee.com |
| aty | Gregory F. Fischer | gfischer@cozen.com |
| aty | Jarret P. Hitchings | jphitchings@duanemorris.com |
| aty | Mark E. Felger Esq. | mfelger@cozen.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Artemus USA LLC | 111 East 70th Street   New York, NY 10021 |
| 17442722 | AOI Asset Fund 2017 | 136 E. 73d St., 2d Fl.   New York, NY 10021 |
| 17442723 | Asher Edelman | 111 E. 70th St.   New York, NY 10021 |
| 17442724 | Berger Harris | 1105 N. Market St., 11th Floor   Wilmington, DE 19801 |
| 17442725 | Berlandi Nussbaum & Reitzas LLP | 445 Hamilton Avenue, 14th Floor   White Plains, NY 10601 |
| 17442726 | Business Intelligence Associates, Inc. | 950 Trade Centre Way, Suite 310   Portage, MI 49002 |
| 17442727 | Crozier Fine Arts, Inc. | 525 W. 20th St.   New York, NY 10011 |
| 17442748 | Department of Labor | Division of Unemployment Insurance   P.O. Box 9953   Wilmington, DE 19809 |
| 17442728 | Duane Morris LLP | 1201 N. Market Street   Suite 501   Wilmington, DE 19801 |
| 17442729 | Edelman Arts, Inc. | 111 E. 70th St.   New York, NY 10021 |
| 17442730 | Franzino & Scher, LLC | 120 W 45th St., Suite 2801   New York, NY 10036 |
| 17442731 | Freeborn & Peters LLP | 311 S. Wacker Drive, Suite 3000   Chicago, IL 60606 |
| 17442732 | Haas & Co AG | Bernerstrasse N 202   8064 Z Rich, Switzerland |
| 17442733 | Permanent Mission − Republic of Uganda | United Nations (lessor)   336 E. 45th St   New York, NY 10017 |
| 17442734 | Permanent Mission of the Republic of Uga | 336 E. 45th St.   New York, NY 10017 |
| 17442735 | RSM US LLP | 151 West 42nd Street, 19th Floor   New York, NY 10036 |
| 17442747 | State of Delaware | Division of Revenue   820 N. French Street, 8th Floor   Wilmington, DE 19801−0820 |
| 17442736 | The Eliav Law Firm | 61−43 186th Street, Suite 590   Fresh Meadows, NY 11365 |
| 17442737 | The U.S. Small Business Administration | 409 Third St., SW   Washington, DC 20024 |
| 17442738 | Yankwitt LLP | 140 Grand Street, Suite 705   White Plains, NY 10601 |

TOTAL: 20