## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| ARTEMUS USA, LLC, ) | |
| ) | |
| Debtor. ) | Case No. 22-10281 (JKS) |
| ) | |

### NOTICE OF CHANGE FROM NO ASSET
### TO ASSET AND REQUEST TO THE CLERK TO
### FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

JEOFFREY L. BURTCH, the Trustee in the above captioned matter, after due inquiry, having discovered assets, hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

/s/ Jeoffrey L. Burtch, Esquire
Jeoffrey L. Burtch. Esquire
Chapter 7  Panel Trustee
P. O. Box 549
Wilmington, DE  19899-0549
(302) 472-7427

Date:  May 13, 2022