**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ARTEMUS USA LLC, | : | Case No. 22-10281 (JKS) |
| | : | |
| Debtor. | : | **Objection Deadline: May 4, 2022 at 4:00 p.m.** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 12

I, Gregory Fischer, hereby certify that as of the date hereof, I have received no answer, objection, or other responsive pleading to the *Application to Retain and Compensate Cedric Autet as a Consultant to the Trustee* (the "Application") [Docket No. 12] filed with the Court on April 19, 2022.

Pursuant to the Notice filed with the Application, objections or other responses to the Application were to be filed and served no later than May 4, 2022 at 4:00 p.m.  I further certify that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.

The Trustee respectfully requests that the Court enter the proposed form of order attached to the Application at its earliest convenience.

Dated:  May 17, 2022                              */s/ Gregory F. Fischer*
                                                              Gregory F. Fischer (DE No. 5269)
                                                              Cozen O'Connor
                                                              1201 N. Market Street, Suite 1001
                                                              Wilmington, DE 19801-1147
                                                              Telephone (302) 295-2000
                                                              Facsimile (302) 295-2013
                                                              gfischer@cozen.com

                                                              *Proposed Counsel to Interim Trustee*