# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Artemus USA LLC | **Chapter:** 7 |
| 111 East 70th Street<br>New York, NY 10021<br>**EIN:** 47−1972533 | **Case No.:** 22−10281−JKS |

## NOTICE THAT THERE ARE ASSETS FROM
## WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one−hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab − Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 5/14/22
(VAN−043)

United States Bankruptcy Court
District of Delaware

In re:                                                                                                      Case No. 22-10281-JKS
Artemus USA LLC                                                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                           User: admin                                    Page 1 of 2
Date Rcvd: May 16, 2022                 Form ID: van043                          Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Artemus USA LLC, 111 East 70th Street, New York, NY 10021-5006 |
| 17442722 | + | AOI Asset Fund 2017, 136 E. 73d St., 2d Fl., New York, NY 10021-4208 |
| 17442723 | + | Asher Edelman, 111 E. 70th St., New York, NY 10021-5006 |
| 17442724 | + | Berger Harris, 1105 N. Market St., 11th Floor, Wilmington, DE 19801-1209 |
| 17442725 | + | Berlandi Nussbaum & Reitzas LLP, 445 Hamilton Avenue, 14th Floor, White Plains, NY 10601-1872 |
| 17442726 | + | Business Intelligence Associates, Inc., 950 Trade Centre Way, Suite 310, Portage, MI 49002-0493 |
| 17442727 | + | Crozier Fine Arts, Inc., 525 W. 20th St., New York, NY 10011-2890 |
| 17442728 | + | Duane Morris LLP, 1201 N. Market Street, Suite 501, Wilmington, DE 19801-1160 |
| 17442729 | + | Edelman Arts, Inc., 111 E. 70th St., New York, NY 10021-5006 |
| 17442730 | + | Franzino & Scher, LLC, 120 W 45th St., Suite 2801, New York, NY 10036-4041 |
| 17442731 | + | Freeborn & Peters LLP, 311 S. Wacker Drive, Suite 3000, Chicago, IL 60606-6679 |
| 17442732 | | Haas & Co AG, Bernerstrasse N 202, 8064 Z Rich, Switzerland |
| 17442733 | + | Permanent Mission - Republic of Uganda, United Nations (lessor), 336 E. 45th St, New York, NY 10017-3400 |
| 17442734 | + | Permanent Mission of the Republic of Uga, 336 E. 45th St., New York, NY 10017-3400 |
| 17442735 | + | RSM US LLP, 151 West 42nd Street, 19th Floor, New York, NY 10036-6628 |
| 17442736 | + | The Eliav Law Firm, 61-43 186th Street, Suite 590, Fresh Meadows, NY 11365-2710 |
| 17442737 | + | The U.S. Small Business Administration, 409 Third St., SW, Washington, DC 20024-3212 |
| 17442738 | + | Yankwitt LLP, 140 Grand Street, Suite 705, White Plains, NY 10601-4836 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17442748 | + | Email/Text: michael.brittingham@delaware.gov | May 16 2022 20:01:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17442747 | + | Email/Text: REV_Bankruptcy_General@state.de.us | May 16 2022 20:01:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: van043 | Total Noticed: 20 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory F. Fischer | on behalf of Trustee Jeoffrey L. Burtch gfischer@cozen.com sshidner@cozen.com;gregory-fischer-8954@ecf.pacerpro.com |
| Jarret P. Hitchings | on behalf of Debtor Artemus USA LLC jphitchings@duanemorris.com |
| Jeoffrey L. Burtch | jburtch@burtchtrustee.com DE04@ecfcbis.com;sbridgett@burtchtrustee.com;jreif@burtchtrustee.com |
| Mark E. Felger Esq. | on behalf of Trustee Jeoffrey L. Burtch mfelger@cozen.com kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 5