IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ARTEMUS USA LLC, | : | Case No. 22-10281 (JKS) |
| | : | |
| Debtor. | : | RE: Docket Item 11 |
| | : | |

ORDER GRANTING APPLICATION OF JEOFFREY L. BURTCH,
CHAPTER 7 TRUSTEE, TO EMPLOY COZEN O'CONNOR
AS GENERAL COUNSEL TO THE TRUSTEE

Upon consideration of the Application of Chapter 7 Trustee, Jeoffrey L. Burtch (the "Trustee"), to Employ Cozen O'Connor ("Cozen O'Connor") as General Counsel to the Trustee (the "Application")[1] for the estate of the above-captioned debtor (the "Debtor") effective as of April 4, 2022; and pursuant to the Declaration of Mark E. Felger (the "Felger Declaration") in support of the Application; and the Court being satisfied that: (i) Cozen O'Connor is disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and does not hold or represent any entity having an adverse interest in connection with the Debtor's case; (ii) that retention of Cozen O'Connor as general counsel to the Trustee is necessary and in the best interests of the estate; (iii) appropriate notice of the Application has been given; and (iv) sufficient cause appears,

IT IS ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to Section 327 and 328 (a) of the Bankruptcy Code, the Trustee is hereby authorized and empowered to employ and retain Cozen O'Connor to serve as general counsel to the Trustee effective as of April 4, 2022, to provide the services described in the

---

[1] Capitalized terms shall have the same meaning ascribed to them in the Application.

Application on the terms and conditions set forth in the Application and in accordance with Cozen O'Connor's normal hourly rates and reimbursement policies, as set forth in the Felger Declaration.

3. Compensation to be paid to Cozen O'Connor for services to be rendered to the Trustee, plus reimbursement of disbursements provided and incurred in connection with the representation of the Trustee shall be determined by this Court upon appropriate application therefore in accordance with Sections 328, 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and/or any applicable regulations and orders of this Court.

**Dated: May 19th, 2022**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**