| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Artemus USA LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 22-10281 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Citi | Checking | 9961 | $215,538.78 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $215,538.78
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 3,760,482.00 | - | 0.00 | = .... | $3,760,482.00 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Artemus USA LLC** | Case number *(If known)* **22-10281** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | **$3,760,482.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4:  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

| Debtor | **Artemus USA LLC** | Case number (If known) | **22-10281** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Artemus USA, LLC v. Leila Taghinia-Milani Inc. et al** | $650,000.00 |
| | Nature of claim: **Breach of Contract**<br>Amount requested: **$1,000,000.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** Examples: Season tickets, country club membership | |
| | **2 works of art by Frank Stella** | $1,000,000.00 |
| | **1 work of art by Jules Olitski** | $35,000.00 |
| | **1 Greek Sculpture and 1 piece of artwork by Nabil Nahas**<br>**(to the best of the Debtor's knowledge this artwork is located in the Artemus building, but its ownership is tied to ownership of Blyvoors (a 3rd Frank Stella work), which is the subject of the litigation on line 74. Therefore, while Artemus has possession, Artemus is not entitled to sell this artwork)** | $0.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $1,685,000.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor **Artemus USA LLC**     Case number *(If known)* **22-10281**
    Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $215,538.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,760,482.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,685,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,661,020.78   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,661,020.78 |

**Fill in this information to identify the case:**

Debtor name: **Artemus USA LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **22-10281**

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **The U.S. Small Business Administration**<br>Creditor's Name<br><br>**409 Third St., SW**<br>**Washington, DC 20024**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**July 25, 2020**<br>Last 4 digits of account number<br>**8105**<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**SBA Loan**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $159,322.87 | $5,682,090.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $159,322.87

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Artemus USA LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 22-10281 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Duane Morris LLP**<br>**1201 N. Market Street**<br>**Suite 501**<br>**Wilmington, DE 19801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85,173.02 | $85,173.02 |
|  | Date or dates debt was incurred<br>**March, 2022** | Basis for the claim:<br>**Liquidation Trustee** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AOI Asset Fund 2017**<br>**136 E. 73d St., 2d Fl.**<br>**New York, NY 10021** | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $450,000.00 |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Lawsuit**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Berger Harris**<br>**1105 N. Market St., 11th Floor**<br>**Wilmington, DE 19801** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,871.08 |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Indemnification**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Artemus USA LLC | Case number (if known) | 22-10281 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Berlandi Nussbaum & Reitzas LLP**<br>**445 Hamilton Avenue, 14th Floor**<br>**White Plains, NY 10601**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$110,777.03** |
|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address<br>**Business Intelligence Associates, Inc.**<br>**950 Trade Centre Way, Suite 310**<br>**Portage, MI 49002**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **e-discovery services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,411.00** |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Fellmann und Partner AG**<br>**Grafenaustrasse 7**<br>**6300 Zug**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **(Claim amount listed is USD value - actual claim amount is in CHF value, which is $1077)**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,114.34** |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Franzino & Scher, LLC**<br>**120 W 45th St., Suite 2801**<br>**New York, NY 10036**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$32,024.26** |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Freeborn & Peters LLP**<br>**311 S. Wacker Drive, Suite 3000**<br>**Chicago, IL 60606**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$292,996.16** |
| 3.8 | Nonpriority creditor's name and mailing address<br>**MUTARA Treuhand AG**<br>**Dorfstrasse 38**<br>**6340 Baar**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **(Claim amount listed is USD value - actual claim amount is in CHF value, which is 4514)**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,670.52** |
| 3.9 | Nonpriority creditor's name and mailing address<br>**Permanent Mission of the Republic of Uga**<br>**336 E. 45th St.**<br>**New York, NY 10017**<br>Date(s) debt was incurred **July, 2017 - present**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Alleged Unpaid Rent (Disputed)**<br><br>Is the claim subject to offset?  ☐ No  ■ Yes | **$840,025.00** |

| Debtor | Artemus USA LLC | Case number (if known) | 22-10281 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Roman Plutschow**<br>**Frachtstrasse 17, Fracht-West**<br>**8058 Zurich-Flughafen**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **(Claim amount listed is USD value - actual claim amount is in CHF value, which is $6975.85)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,217.74** |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**RSM US LLP**<br>**151 West 42nd Street**<br>**19th Floor**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Tax Preparation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**The Eliav Law Firm**<br>**61-43 186th Street, Suite 590**<br>**Fresh Meadows, NY 11365**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Indemnification**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,605.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Tip Tel Services AG**<br>**Zollikerstrasse 153**<br>**8008 Zurich**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **(Claim amount listed is USD value - actual claim amount is in CHF value, which is $132.75)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$137.35** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Walden Macht & Haran LLP**<br>**250 Veasey Street, 27th Floor**<br>**New York, NY 10281**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$102,338.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Yankwitt LLP**<br>**140 Grand Street, Suite 705**<br>**White Plains, NY 10601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Legal Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,713.00** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **Artemus USA LLC** | Case number (if known) | **22-10281** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 85,173.02 |
| 5b. Total claims from Part 2 | | 5b.  + | $ | 1,930,900.48 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | | 5c. | $ | 2,016,073.50 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Artemus USA LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **22-10281** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■   Amended *Schedule*   **A/B, D, E/F**
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 14, 2022**     X **/s/ Richard L. Renck, Esquire**
                                    Signature of individual signing on behalf of debtor

                                    **Richard L. Renck, Esquire**
                                    Printed name

                                    **Court Appointed Liquidating Trustee of Artemus USA LLC**
                                    Position or relationship to debtor