# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| ARTEMUS USA LLC | : Case No. 22-10281 JKS |
| | : Chapter 7 |
| Debtor | : |
| | : |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned, Brian McLaughlin, Esq., hereby enter their appearance as counsel for Permanent Mission of the Republic of Uganda to the United Nations, a creditor herein ("Creditor"), pursuant to Federal Rule of Bankruptcy Procedure 9010(b). Such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and § 342 of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in the above-captioned case be served upon them at the following address:

> Brian McLaughlin, Esq.
> 222 Delaware Avenue, Suite 1105
> Wilmington, DE 19801
> Email: Brian.McLaughlin@offitkurman.com
> Telephone: (302) 351-0916
> Fax: (302) 351-0915

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

Dated: July 5, 2022

Respectfully submitted,

OFFIT KURMAN, P.A.

By:  /s/ Brian McLaughlin, Esq.
Brian McLaughlin, Esq., DE Bar No. 2462
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Email: Brian.McLaughlin@offitkurman.com
Telephone: (302) 351-0916 (McLaughlin)
*Counsel to Permanent Mission of the Republic of Uganda to the United Nations*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of July, 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all registered users who have noticed an appearance in this matter.

/s/ Brian McLaughlin, Esq.
Brian McLaughlin, Esq.

4862-7537-7958, v. 1