# EXHIBIT B

## IN THE COURT OF CHANCERY FOR THE STATE OF DELAWARE

| | |
|---|---|
| EDELMAN FAMILY CO. LLC, | |
| Petitioner, | |
| v. | C.A. No. 2021-0626-JTL |
| DURST BUILDINGS CORPORATION, | ██████████████████ |
| Respondent, | **PUBLIC VERSION FILED JANUARY 7, 2022** |
| and | |
| ARTEMUS USA LLC, | |
| Nominal Respondent. | |

## PLAN OF LIQUIDATION

The undersigned, being the Liquidating Trustee of Artemus USA LLC ("Artemus"), hereby respectfully submits this Plan of Liquidation pursuant to Paragraph 4 of the Stipulation and Order Dissolving Artemus USA LLC and Appointing Liquidating Trustee entered by the Court in this matter (the "Order"), and which directs the Liquidating Trustee to "file with the Court and serve upon all Members a written plan to liquidate the Company's non-cash assets  . . .including, without limitation, artwork, personal property, accounts receivable, judgments, and litigation claims."  Order at ¶ 4.  After an initial period of 60 days in which to conduct a preliminary analysis of (1) what assets are owned by Artemus, (2) what values

those assets might have, (3) the options for liquidating any non-cash assets, (4) the

current and anticipated liabilities of Artemus, and (5) the steps that would be needed

to plan for the winding-up of Artemus, my Plan of Liquidation for the non-cash

assets of Artemus is the following:

## I.    Introduction to Non-Cash Assets of Artemus



As described in more detail below, Artemus

is involved in multiple litigation matters, both as a plaintiff and a defendant, that are

in various stages of the litigation life-cycle.  For instance, some have monetary

judgements in hand that are in various stages of collection efforts, some are in earlier

stages of discovery, and one is awaiting a decision on appeal.

Artemus' ownership of three works of art, which if auctioned would

expect to bring a return of                      .  Developing a Plan of Liquidation

for the works of art has been relatively straightforward ████████████████

████████████████████████

      As you will see, I recommend in this Plan of Liquidation that the Members

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████  ████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████ For the three works of art, the Plan

of Liquidation recommends that they be consigned for auction.

## II.    Litigation Assets

      Litigation assets are by definition highly illiquid. *See Humanigen, Inc. v. Savant Neglected Diseases, LLC*, 238 A.3d 194, 203–04 (Del. Super. 2020) (discussing the limitations on sale of lawsuits imposed by Delaware's common law of champerty).  Moreover, it is difficult to assign the suits a net present value because the duration, expense, and outcome of litigation can be very difficult to accurately

████████████████████████████████████████████████

████████████████████████████████████████████████

forecast.  I have endeavored to design a liquidation plan that ███████████████

████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████▌

████████████████████████████████████████████████████████

██████████████████████████████████████████  ██████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

█████████████████████████████████████████▌

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

_____

 ▌ ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
███████████████

 ▌ ████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████





















■ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

■ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

■ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████

## III.   Works of Art

████████████████████████████ formed "for the purpose of purchasing, financing, leasing and lending artwork" (*see*, Verified Petition for Dissolution and Appointment of Liquidating Trustee, at ¶ 2), ████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████ Three are by the artist Frank Stella

and one by Jules Olitski.  *See* Ex. C (PDF of Artemus Artworks).  One thing to note,

and which is a factor that weighs into the plan for liquidating these works, is the

sheer size of the works by Stella.  They are all extremely large, which makes them

costly to move, and is a special concern for auction houses looking to consign the

work for auction.

These works, and my recommended plan for liquidating these assets for cash,

are described below.

A.    Frank Stella: *La Scienza della Fiacca, 3.5X* (1984).

This work is currently in a commercial art storage facility in New York, and

appears to be ready and available for sale.  ███████████████████████

█████████████████████████████████████████████

██████████████████████████ I recommend that it be consigned for sale to

one of the major New York auction houses (Sotheby's, Christie's, or Phillips) for

sale at the first available auction for works of this kind and where the auction house

believes offer the best opportunities to maximize the gavel price.  Given recent sale

results of Stella works similar to this one, I would anticipate that the auction house

will provide an estimated price in the approximate range ███████████████

█████

███████████████████████████████████

██████████████████████████████████████

B.      Frank Stella: *Guifa E La Berrett Rossa* (1985)

This work is currently located in a commercial art storage facility in Switzerland.  In June 2021 it had been consigned for auction with the Koller auction house in Switzerland, who at the time placed a sales estimate of ███ ████████████████████████████████████████ on the work.  The work was withdrawn from that auction because certain mounting brackets for the work had been lost when it was transported to Switzerland.  In recent months, new mounting brackets have been fabricated to match the missing parts, and the work is ready to be sold again.  As with the *Fiacca*, I recommend that this work be re-consigned for auction, with Koller in Switzerland, for sale in their June 2022 auction of modern art.  ████████████████████████

████████████████████████████████████████

████

C.      Frank Stella: *Blyvoors (from the South African Mine Series)* (1982)

This work is currently in a commercial storage facility in New York.  ██

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████

D.      Jules Olitski: *Ashtoreth Implied-3* (1978)

This work is located in the Artemus office in New York.  As with the *Fiacca*

discussed above, I would recommend that this work be consigned with one of the

major New York auction houses (Sotheby's, Christie's, or Phillips) for sale at the

first available auction for works of this kind and where the auction house believes

offer the best opportunities to maximize the gavel price.  ████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████

████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████  ████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

## IV.  Swiss Subsidiary—Artemus AG

Artemus is the 100% owner of a Swiss entity named Artemus AG.  At the time of my appointment, this entity appears to have had no operations, and as of September 14, 2021, the dissolution and liquidation of this entity was underway with such liquidation process being registered with the Swiss commercial registry on September 29, 2021.  Mr. Roman Plutschow has been named as the liquidator.  As of the date of this plan, the liquidation of this entity is in its final phase as an auditor is in the process of conducting an accounting to certify that all liabilities have been satisfied, and that the registry may strike the entity from the rolls.  ████████████

██████████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████ .

**V.    Miscellaneous Non-Cash Assets**

████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████    ████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████

**VI.    Other Matters** ████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████





While I had planned to visit the site in December, COVID concerns caused me to put such a visit on hold.

██████████████████████████████████████████████

████████████████████████    ████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

With regard to the fees for my role as Liquidating Trustee, with the Court's permission, I would intend to submit them for comment and approval in conjunction with my first quarterly report that will follow this Plan of Liquidation.

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

Dated:  December 31, 2021

**DUANE MORRIS LLP**

 */s/ Richard L. Renck*
Richard L. Renck (No. 3893)
1201 North Market St., Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
RLRenck@duanemorris.com

*Liquidating Trustee*