**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ARTEMUS USA, LLC, | ) Case No. 22-10281 (JKS) |
| | ) |
| Debtor. | ) **Re: Docket No. ____** |

**[PROPOSED] ORDER GRANTING MOTION OF DURST BUILDINGS CORPORATION (I) FOR ENTRY OF AN ORDER DISMISSING THE CHAPTER 7 CASE, OR, ALTERNATIVELY, (II) FOR ENTRY OF AN ORDER STAYING THE CHAPTER 7 CASE AND GRANTING RELIEF FROM THE AUTOMATIC STAY (a) TO CONTINUE DISSOLUTION PROCEEDINGS CURRENTLY PENDING IN DELAWARE COURT OF CHANCERY, AND (b) TO PERMIT DURST TO MOVE IN DELAWARE COURT OF CHANCERY FOR AN ORDER DETERMINING THAT THE COURT OF CHANCERY APPOINTED LIQUIDATING TRUSTEE WAS NOT AUTHORIZED TO FILE THE DISSOLVED DEBTOR FOR CHAPTER 7 <u>BANKRUPTCY</u>**

AND NOW, this _____ day of _____ , 2022 upon consideration of the Motion of Durst Buildings Corporation ("Movant" or "Durst") requesting (I) Entry of an Order Dismissing the Chapter 7 Case, or Alternatively, (II) For Entry of an Order Staying the Chapter 7 Case and Granting Relief From the Automatic Stay, Pursuant to Section 362(d)(1) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), (a) To Continue Dissolution Proceedings Pending in Delaware Court of Chancery, and (b) To Permit Durst to Move in Delaware Court of Chancery for an Order Determining That the Court of Chancery Appointed Liquidating Trustee Was Not Authorized to File the Dissolved Debtor for Chapter 7 Bankruptcy; and after notice, consideration of any and all response(s) thereto and hearing, and having determined that the Notice as described in the Motion was adequate, no further notice need be given, and good cause exists, it is hereby

**ORDERED** that the Motion is **GRANTED.**

_____
The Honorable J. Kate Stickles