# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ARTEMUS USA, LLC, | ) Case No. 22-10281 (JKS) |
| | ) |
| Debtor. | ) **Hearing Date: September 8, 2022 at 11:00 a.m. ET** |
| | ) **Objection Deadline: Sept. 1, 2022 at 4:00 p.m. ET** |

**NOTICE OF HEARING REGARDING MOTION OF DURST BUILDINGS CORPORATION (I) FOR ENTRY OF AN ORDER DISMISSING THE CHAPTER 7 CASE, OR, ALTERNATIVELY, (II) FOR ENTRY OF AN ORDER STAYING THE CHAPTER 7 CASE AND GRANTING RELIEF FROM THE AUTOMATIC STAY (a) TO CONTINUE DISSOLUTION PROCEEDINGS CURRENTLY PENDING IN DELAWARE COURT OF CHANCERY, AND (b) TO PERMIT DURST TO MOVE IN DELAWARE COURT OF CHANCERY FOR AN ORDER DETERMINING THAT THE COURT OF CHANCERY APPOINTED LIQUIDATING TRUSTEE WAS NOT AUTHORIZED TO FILE THE DISSOLVED DEBTOR FOR CHAPTER 7 BANKRUPTCY**

**PLEASE TAKE NOTICE** that on July 28, 2022, Durst Buildings Corporation ("Movant" or "Durst"), as creditor and 50% membership interest holder of the above-captioned Debtor, Artemus USA, LLC, by and through Movant's undersigned counsel, The Bifferato Firm, P.A. and Rosenberg & Estis, P.C., filed a Motion (I) For Entry of an Order Dismissing the Chapter 7 Case, or Alternatively, (II) For Entry of an Order Staying the Chapter 7 Case and Granting Relief From the Automatic Stay, Pursuant to Section 362(d)(1) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), (a) To Continue Dissolution Proceedings Pending in Delaware Court of Chancery, and (b) To Permit Durst to Move in Delaware Court of Chancery for an Order Determining That the Court of Chancery Appointed Liquidating Trustee Was Not Authorized to File the Dissolved Debtor for Chapter 7 Bankruptcy with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **September 1, 2022 at 4:00 p.m. ET** (the "Objections Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **September 8, 2022 AT 11:00 A.M. ET** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 28, 2022

**THE BIFFERATO FIRM, P.A.**

/s/ Ian Connor Bifferato
Ian Connor Bifferato (#3272)
Kimberly L. Gattuso
1007 N. Orange St, 4th Fl, The Mill
Wilmington, DE 19801
Telephone: (302) 225-7600
Email: cbifferato@tbf.legal
Email: kgattuso@tbf.legal

**ROSENBERG & ESTIS, P.C.**

/s/ John D. Giampolo
John D. Giampolo
733 Third Avenue
New York, NY 10017
Tel: (212) 551-1273
Email: jgiampolo@rosenbergestis.com

*Attorneys for Movant*