## CERTIFICATE OF SERVICE

      I, Ian Connor Bifferato, hereby certify that on July 28, 2022, I caused one copy of the Motion (I) For Entry of an Order Dismissing the Chapter 7 Case, or Alternatively, (II) For Entry of an Order Staying the Chapter 7 Case and Granting Relief From the Automatic Stay, Pursuant to Section 362(d)(1) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), (a) To Continue Dissolution Proceedings Pending in Delaware Court of Chancery, and (b) To Permit Durst to Move in Delaware Court of Chancery for an Order Determining That the Court of Chancery Appointed Liquidating Trustee Was Not Authorized to File the Dissolved Debtor for Chapter 7 Bankruptcy, to be served upon (i) all parties of record via CM/ECF; and (ii) via USPS first class mail.

**Jarret P. Hitchings, Esq.**
**Richard L. Renck, Esq.**
Duane Morris LLP
1201 North Market Street
Suite 501
Wilmington, DE 19801-1160

**Mark E. Felger Esq.**
**Gregory F. Fischer, Esq.**
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

**Richard I. G. Jones, Jr., Esq.**
**David B. Anthony, Esq.**
BERGER HARRIS LLP
1105 N. Market Street, 11th Floor
Wilmington, DE 19801

**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

                                                  */s/ Ian Connor Bifferato*
                                                  Ian Connor Bifferato (#3272)