# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ARTEMUS USA, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10281 (JKS) |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE of Sommer L. Ross, Esq. of Duane Morris LLP, as attorney for Richard Renck as the court-appointed Liquidating Trustee for the above-captioned debtor Artemus USA LLC, and withdraw the appearances of Jarret P. Hitchings, Esq. of Duane Morris LLP in the above-captioned action.

Dated: August 9, 2022

| DUANE MORRIS LLP | DUANE MORRIS LLP |
|---|---|
| */s/ Jarret P. Hitchings*<br>Jarret P. Hitchings (DE 5564)<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>Telephone: (302) 657-4952<br>Facsimile: (302) 657-4901<br>Email: jphitchings@duanemorris.com | */s/ Sommer L. Ross*<br>Sommer L. Ross (DE 4598)<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>Telephone: (302) 657-4951<br>Facsimile: (302) 657-4901<br>Email: slross@duanemorris.com |