# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ARTEMUS USA LLC, | : | Case No. 22-10281 (JKS) |
| | : | |
| Debtor. | : | **Objection Deadline: December 19, 2022 at 4:00 p.m.** |
| | : | **Hearing Date: January 10, 2023 at 10:00 a.m. (ET)** |

## RE-NOTICE OF TRUSTEE'S THIRD MOTION FOR ENTRY OF ORDER FURTHER EXTENDING DEADLINE TO REMOVE CERTAIN LITIGATION PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027

**PLEASE TAKE NOTICE** that on November 28, 2022, Jeoffrey L. Burtch, the chapter 7 trustee in the above-captioned case (the "Trustee"), filed a Motion for Entry of Order Extending Deadline to Remove Certain Litigation Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 (the "Motion") [Docket No. 42]. You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE that** if you wish to file a response to the Motion, you are required to do so on or before **December 19, 2022 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE that** at the same time, you must also serve a copy of the response upon the Trustee's counsel:

> Mark E. Felger, Esquire
> Gregory F. Fischer, Esquire
> Cozen O'Connor
> 1201 N. Market Street, Suite 1001
> Wilmington, DE 19801-1147
> Telephone (302) 295-2000
> Facsimile (302) 295-2013

**IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON JANUARY 10, 2023 AT 10:00 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, 5th FLOOR, COURTROOM 6, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, WILMINGTON, DE 19801.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 30, 2022        */s/ Gregory F. Fischer*
Gregory F. Fischer (DE No. 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
Facsimile (302) 295-2013
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*