**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARTEMUS USA LLC,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-10281 (JKS)<br><br>Related to Docket No. 41 |

**LIMITED OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) AUTHORIZING RETENTION OF AUCTIONEER AND (II) APPROVING CONSIGNMENT AGREEMENT AND SALE OF ASSETS PURSUANT THERETO AND FOR RELATED RELIEF**

Pursuant to the *Trustee's Motion for Entry of Order (I) Authorizing Retention of Auctioneer and (II) Approving Consignment Agreement and Sale of Assets Pursuant Thereto and for Related Relief* [Docket No. 41] (the "*Motion*")[1] filed by the Chapter 7 trustee, Jeoffrey L. Burtch (the "*Trustee*"), Anatole Shagalov ("*Shagalov*") hereby objects to the approval of the consignment agreement and sale of assets pursuant thereto, on the following grounds:

1.　　By the Motion, the Trustee seeks to consign works by Frank Stella, namely *La Scienza della Fiacca* and the *Guifa E La Berretta Rossa (*together the *"Stella Works")*, with Sotheby's and sell the Stella Works at auction, along with the other artwork described in the Motion. See Motion at ₱10.

2.　　Shagalov has an interest in the Stella Works and, in fact, claims to be the owner of the Stella Works.

3.　　Shagalov has been involved in litigation with the Debtor regarding the ownership of the Stella Works and other disputes between Shagalov and the Debtor. Said litigation is currently on appeal and is stayed by the filing of this Chapter 7 case.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Notice.

4. Shagalov has filed a proof of claim in this Chapter 7 case, designated Claim Number 9.

5. Before any proceeds of the sale of the Stella Works can be distributed, a determination must be made by this Court or the courts dealing with the underlying litigation between Shagalov and the Debtor as to the ownership of the Stella Works.

6. The Trustee has recognized that any interests should attach to the proceeds of the sale. See Motion at ¶36. However, the Motion fails to acknowledge the interests of Shagalov in the Stella Works.

7. To the extent that the proceeds of the sale of the Stella Works are held by the Trustee until a determination is made regarding the ownership of the Stella Works between the Debtor and Shagalov, and any interests of Shagalov attach to said proceeds until that determination, Shagalov does not object to the retention of the auctioneer and sale of the Stella Works.

Dated: December 5, 2022　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

**GOLDSTEIN & MCCLINTOCK LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Facsimile: (302) 444-6709
marias@goldmclaw.com

*Attorneys for Anatole Shagalov*