**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ARTEMUS USA LLC, | : | Case No. 22-10281 (JKS) |
| | : | |
| Debtor. | : | **Objection Deadline: December 19, 2022 at 4:00 p.m.** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 42

I, Gregory Fischer, hereby certify that as of the date hereof, I have received no answer, objection, or other responsive pleading to the *Trustee's Third Motion for Entry of Order Further Extending Deadline to Remove Certain Litigation Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027* (the "Motion") [Docket No. 42] filed with the Court on November 28, 2022.

Pursuant to the Notice filed with the Motion, objections or other responses to the Motion were to be filed and served no later than December 19, 2022 at 4:00 p.m. I further certify that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.

The Trustee respectfully requests that the Court enter the proposed form of order attached to the Motion at its earliest convenience.

Dated: December 20, 2022

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE No. 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
Facsimile (302) 295-2013
gfischer@cozen.com

*Counsel to Trustee*