**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ARTEMUS USA, LLC, | Case No. 22-10281 (JKS) |
| Debtor | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of John D. Giampolo of Rosenberg & Estis, P.C. to represent Movant, Durst Buildings Corporation.

Dated: January 18, 2023

Signed: */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE Bar No. 3273)
**The Bifferato Firm**
1007 N Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 429-0907
*Attorney for Movant*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing as a member of the bar of the State of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk's office upon the filing of this motion.

*/s/ John D. Giampolo*
John D. Giampolo, Esq.
ROSENBERG & ESTIS, P.C.
733 Third Avenue
New York, NY 10017
(212) 867-6000
Email: jgiampolo@rosenbergestis.com

## ORDER GRANTING MOTION

IT IS HERERBY ORDERED counsel's motion for admission *pro hac vice* is granted.