# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ARTEMUS USA LLC, | : | Case No. 22-10281 (JKS) |
| | : | |
| Debtor. | : | |

NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON MARCH 16, 2023 AT 11:00 A.M.

**THIS HEARING HAS BEEN CANCELED BY THE COURT**

MATTER WITH ORDER ENTERED

1. Trustee's Fourth Motion for Entry of an Order Further Extending Deadline to Remove Certain Litigation Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 [Docket No. 64; Filed 1/26/23]

   Related Documents:

   A) Order Granting Trustee's Fourth Motion for Entry of an Order Further Extending Deadline to Remove Certain Litigation Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 [Docket No. 70; Entered 2/14/23]

   Status: An order has been entered; no hearing is necessary.

Dated: March 13, 2023

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
Facsimile (302) 295-2013
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*