# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ARTEMUS USA, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 22-10281 (JKS)<br><br>**Re: Docket No. 88** |
| ARTEMUS USA LLC and EDELMAN ARTS, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>LEILA TAGHINIA-MILANI INC., LEILA HELLER ART GALLERY LLC, LEILA HELLER and ALEXANDER HELLER<br><br>Defendants. | Adv. Proc. No. 22-50511 (JKS)<br><br>**Re: Docket No. 13** |

### ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING SETTLEMENT OF CLAIMS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Trustee's Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Settlement of Claims between Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor (the "Estate" of the "Debtor"), on the one hand, and certain Settling Parties on the other hand (the "Motion")[1] the Bankruptcy Court being satisfied that the Settlement is a fair and equitable settlement which meets or exceeds the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the Estate and the Debtor's creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is **GRANTED**.

---

[1] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

2

    2.    Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

    3.    The Settlement identified in the Settlement Agreement annexed to the Motion as **Exhibit "C"** to the Motion is **APPROVED**.

    4.    The above captioned adversary proceeding is hereby deemed dismissed with prejudice.

    5.    The Proof of Claim filed by the Settling Parties [Claim No. 8-1] is hereby deemed withdrawn and expunged with prejudice from the Claims Register in the Chapter 7 Case.

    6.    The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlement Agreement.

    5.    The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Settlement Agreement and/or this Order.

**Dated: August 7th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**